## F. H. PETITPAIN *v.* A. REDEAU et al.

The obligation of a bankrupt prior to his discharge cannot be offered in compensation of a
debt contracted to him since his discharge.

APPEAL from the Second District Court of New Orleans, *Lea*, J.
The judgment of the district court was as follows : " This is a suit on a
promissory note duly protested. *A. Rideau*, the drawer, pleads a stay of pro-
ceedings from the Fourth District Court. The endorsers, *J. M. Rideau* and
*David*, plead want of notice of protest. The notices appear to be regular. In this
case and on the trial, the defendant *David* asked leave to file a plea in compen-
sation, and filed in support of it a note endorsed by plaintiff, which was protested
in April, 1839. Plaintiff filed his certificate of discharge in bankruptcy, dated

March 2d, 1843. It is clear, that the obligations of a bankrupt prior to his discharge cannot be allowed to offset claims contracted since his discharge."

*J. L. Tissot*, for plaintiff. *J. C. David*, for defendant. The judgment of the court was pronounced by

SLIDELL, J. For the the reasons assigned by the district judge, the judgment is affirmed, with costs.